IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-CV-01441-PAB-MJW

JESSICA KOPECKY,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C.,
a Delaware limited liability company,

    Defendant.

---

ORDER (Docket no. 16)

---

THE COURT having reviewed Defendant Portfolio Recovery Associates, L.L.C.'s Unopposed Motion for Leave to File Amended Answer and Affirmative Defenses Pursuant to Fed. R. Civ. P. 15(a)(2) and being fully advised in the premises;

HEREBY ORDERS that the Unopposed Motion for Leave to File Amended Answer and Affirmative Defenses is GRANTED. The Clerk of the Court is directed to accept for filing Defendant Portfolio Recovery Associates, L.L.C.'s First Amended Answer and Affirmative Defenses.

BY THE COURT:

August 19, 2011
DATE

_____
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE