# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-CV-01441-PAB-MJW

JESSICA KOPECKY,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C.,
a Delaware limited liability company,

    Defendant.

---

## ORDER ( Docket No. 22 )

---

THE COURT having reviewed Defendant Portfolio Recovery Associates, L.L.C.'s Motion to Vacate Settlement Conference Or, In the Alternative, Motion for Leave to Appear by Telephone and being fully advised in the premises;

HEREBY ORDERS that the Motion to Vacate Settlement Conference is GRANTED. The settlement Conference set on September 28, 2011 at 10:00 Am is VACATED.

BY THE COURT:

September 21, 2011
DATE

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE